# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Klipfel et al.,<br><br>v.<br><br>Ford Motor Company,<br>PLAINTIFF(S)<br>DEFENDANT(S). | CASE NUMBER<br><br>CV15-02140 GW (MRWx)<br><br>ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 14-03<br>(RELATED CASES) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_March 25, 2015_  _[signature]_
Date                                           United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____            _____
Date                                           United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  __CV12-08388 AB (FFMx)__  and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __Michael R. Wilner__ to Magistrate Judge __Frederick F. Mumm__.

On all documents subsequently filed in this case, please substitute the initials __AB (FFMx)__ after the case number in place of the initials of the prior judge, so that the case number will read __CV15-02140 AB (FFMx)__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [✓] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (06/14)      **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03  (Related Cases)**