UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| KEVIN KLIPFEL and ANDREA KLIPFEL individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:2015-CV-02140-AB (FFMx)<br><br>Hon. Judge André Birotte Jr.<br>Courtroom 4<br><br>**CLASS ACTION**<br><br>**[PROPOSED]** **ORDER** |
|---|---|

The Court, having considered the parties' Joint Status Report and Stipulation and good cause having been shown, ORDERS:

1. The stay ordered by this Court on July 1, 2015, shall remain in effect pending the mediation scheduled for September 25, 2015; and

2. The parties shall report to the Court on the progress of the mediation by October 1, 2015. If necessary, the Court shall then set a status conference.

Dated: September 2, 2015      By: _____
                                    Honorable André Birotte Jr.

1
PROPOSED ORDER RE JOINT STATUS REPORT AND STIPULATION